# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WILSON DIVISION

IN THE MATTER OF**:  JOHN BENJAMIN MCPHAUL**　　　　　CASE NO:  **05-07466-8-RDD**
　　　　　　　　　　　**MARY ELLERBEE MCPHAUL**

### REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **JOHN BENJAMIN MCPHAUL**<br>**MARY ELLERBEE MCPHAUL**<br>**5780 BUTLER RD**<br>**FAIRMONT, NC  28340** | **$0.25** | 03/05/09 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**August 31, 2009**　　　　　　　　　　　　　　　　　_____/s/ Trawick H. Stubbs, Jr._____
　　　　　　　　　　　　　　　　　　　　　　　　　**TRAWICK H. STUBBS, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**CHAPTER 13 TRUSTEE**
　　　　　　　　　　　　　　　　　　　　　　　　　**P. O. BOX 1618**
　　　　　　　　　　　　　　　　　　　　　　　　　**NEW BERN, NC  28563**
　　　　　　　　　　　　　　　　　　　　　　　　　**(252) 633-0074**